JPML FORM 1A                           DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 273 -- IN RE AMTRAK TRAIN DERAILMENT AT FRANKEWING, TENNESSEE ON OCT. 1, 1975

| Date | No. Code | |
|---|---|---|
| 8/31/76 | 1. | MOTION w/SUPPORTING BRIEF -- defendants National Railroad Passenger Corp. and Louisville and Nashville Railroad Company with Affidavit of John J. Hannigan, Schedule of Cases and certificate of service - |
| 9/9/76 | | APPEARANCES -- Amtrak, Inc., National Railroad Passenger Corp., and Louisville & Nashville Railroad Co. by Walton N. Smith of Lord, Bissell & Brook<br>Mrs. Marie Pennington by J. D. Lee |
| 9/29/76 | 2 | MOTION FOR ORDER -- Defendants Movants w/cert. of service |
| 10/4/76 | 3 | RESPONSE -- Margaret Backs w/ |
| 10/5/76 | | HEARING ORDER -- Setting A-1, A-2 & B-1 for hearing 10/29/76 Wash., D.C. |
| 9/16/76 | 1a | MOTION TO AMEND -- movants w/cert. of service to add B-1 |
| XXXXXXX | | |
| 10/8/76 | 4 | MOTION TO AMEND --MOVANTS w/cert. of service to add B-2 & B-3 |
| 10/15/76 | | ORDER -- AMENDING HEARING ORDER TO INCLUDE B-2 and B-3 -- Notified Counsel, involved judges. |
| 10/15/76 | | ACQUIESCENCE IN MOTION--Melville M. Barnes no service indicated |
| 10/28/76 | | WAIVERS OF ORAL ARGUMENTS FOR 10/29/76 HEARING -- Marie Pennington, Melville M. Barnes, Margaret Banks. |
| 10/29/76 | | MOTION TO AMEND -- MOVANTS -- to Add C-1-- TO BE TREATED AS A TAG ALONG |
| 11/16/76 | 5 | RESPONSE -- DARLE A. DALE w/cert. of service |
| 4/21/77 | | CONSENT OF TRANSFEREE COURT -- FOR JUDGE L. CLURE MORTON to handle litigation in the M.D. Of Tennessee under 28 U.S.C. §1407. |
| 4/21/77 | | OPINION AND ORDER -- transferring A-1, A-2, B-1, B-2, B-3 to the M.D. Tennessee for assignment to Judge L. Clure Morton under 28 U.S.C. §1407. |
| 4/27/77 | | Darle A. Dale v. National Railroad Passenger Corp., et al., N.D. ILL., Civil Action No. 76C3964<br>CTO Filed today. Notified involved counsel and judges. |
| 5/13/77 | | C-1 DARLE A. DALE V. NATIONAL RAILROAD PASSENGER CORP., N.D.ILL, C.A. 76C3964 -- CTO FINAL TODAY. NOITIFIED CLERKS, INVOLVED JUDGES |

JPML Form 1   OLO 4/21/77 431 F. Supp 926

DOCKET NO. __273__ -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE AMTRAK TRAIN DERAILMENT AT FRANKEWING, TENNESSEE ON OCTOBER 1, 1975

## Summary of Panel Actions

Date(s) of Hearing(s) 10/29/76

Consolidation Ordered 4/21/77   Consolidation Denied _____

Opinion and/or Order Citation _____

Transferee District **M.D. TENN.**   Transferee Judge **L. Clure Morton**

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Margaret Backs v. Amtrak, Inc., et al. | N.D.Ill. Perry | 76 C 2630 ~~76-C-2638~~ | 4/21/77 | 77-3236 NA | 12/29/78 | S 1046 10/7/77 |
| A-2 | Elizabeth Marie Pennington v. National Railroad Passenger Corp., et al. | M.D.Tenn. Morton | 76-143-NA-CV |  |  | 12/29/78 |  |
| B-1 | Randall Brent Thompson, et al. v. National Railroad Passenger Corp., and Louisville & Nashville Rialroad Co. | M.D.Tenn Morton | 76-321-NA-CV |  |  | 12/29/78 |  |
| B-2 | Melville M. Barnes v. National Railroad Passenger Corp., and Louisville & Nashville Railroad Co. | M.D.Tenn Morton | 76-352 NA-CV |  |  | 12/29/78 |  |
| B-3 | Patricia Nixon v. National Railroad Passenger Corp. and Louisville & Nashville Railroad Co. | M.D. Tenn Morton | 76-379-NA-CV |  |  | 3/6/79 |  |
| C-1 | Darle A. Dale v. National Railroad Passenger Corp., et al. 4/27/77 | N.D.Ill Kirkland | 76C3964 | 5/3/77 | 77-3252 NA | 12/29/78 | S ___-12/1/77 Amend M0 Motion 10/29/76 |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 273 -- IN RE AMTRAK TRAIN DERAILMENT AT FRANKEWING, TENNESSEE, ON OCTOBER 1, 1975

---

MARGARET BACKS (A-1)
Coghlan and Joyce
One N. LaSalle St., Suite 400
Chicago, Illinois  60602


ELIZABETH MARIE PENNINGTON (A-2)
J. D. Lee, Esquire
1214 Highway 411 N.
Madisonville, Tennessee  37354



AMTRAK, INC.
NATIONAL RAILROAD PASSENGER CORP.
LOUISVILLE & NASHVILLE RAILROAD CO.
Walton N. Smith, Esquire
Lord, Bissell & Brook
21 Dupont Circle, N.W., Suite 500
Washington, D.C.  20036


RANDALL BRENT THOMPSON (B-1)
A. B. Neil, Jr., Esquire
1113 United America Bank Bldg.
Nashville, Tennessee  37219


MELVILLE M. BARNES
Louis Farrell, Jr., Esquire
921 J. C. Bradford Building
Nashville, Tennessee  37219

PATRICIA NIXON
Karl L. Bishop, Esquire
327 Union Street
Nashville, Tennessee  37219

Sidney Krieger, Esquire
664 Broadway
Room 201
Gary, Indiana  48402

---

DALE A. DARLE
Powers McGuire, Esquire
10 South LaSalle Street
Chicago, Illinois  60603